Z:\LOK_DATA\691\020\NOREMOVAL.DOC\BCB\rl

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY ROSE, | ) |
|     Plaintiff, | ) Case No.: 3:16-cv-151 ) |
| vs. | ) **JURY TRIAL REQUESTED** ) |
| O'REILLY AUTO PARTS, | ) Removed from Circuit Court of ) Madison County, Illinois ) No.: 15-L-1671 |
|     Defendant. | ) |

## NOTICE OF REMOVAL

COME NOW Defendant, O'REILLY AUTOMOTIVE STORES, INC., misnamed as O'REILLY AUTO PARTS, by and through its attorneys, BETH C. BOGGS and BOGGS, AVELLINO, LACH & BOGGS, L.L.C., pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, and for its Notice of Removal, states to the Court as follows:

1. This action entitled *Timothy Rose v. O'Reilly Auto Parts* was commenced in the Circuit Court for the County of Madison, Third Judicial Circuit, State of Illinois, on or about December 29, 2015.

2. The attached Complaint was served upon O'Reilly Automotive Stores, Inc. on January 11, 2016.

3. Upon information and belief, Defendant states that Plaintiff is a resident of Illinois and is a citizen of the State of Illinois.

4. Defendant, O'Reilly Automotive Stores, Inc. is a Missouri corporation, having its principal place of business in the State of Missouri. Therefore, for purposes of diversity, Defendant is a citizen of Missouri.

5. Defendant asserts that complete diversity exists, as Defendant is a citizen and resident of the State of Missouri for the purposes of federal jurisdiction, and has its principal place of business in the State of Missouri. See 28 U.S.C. § 1332(c)(1).

6. This is an action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, in that the matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) and is between citizens of different states. The Plaintiff claims injuries from a slip and fall and claims that he has suffered severe and permanent injuries. The Complaint provides that the Plaintiff was caused to fall and suffer significant injuries. See Plaintiff's Complaint, Paragraph 5. Plaintiff's counsel indicates the injuries are to the back, neck and knee. Plaintiff is also claiming lost wages and earning capacity from his job as an engineer at Boeing.

7. Copies of all processes, pleadings, orders, records, and proceedings in Madison County are attached to this Notice of Removal.

8. Defendant has filed this Notice of Removal within 30 days after the service of the Complaint from which it was first ascertained that this case was removable.

WHEREFORE, Defendant, O'Reilly Automotive Stores, Inc. respectfully requests that this Court acknowledge jurisdiction over this action, and allow removal thereto to this Court for determination of all issues involved herein.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF filing system for the United States District Court for the Southern District of Illinois and electronically forwarded this 10th day of February 2016, to:

Mr. Grey Chatham, Jr. #6312518
Chatham & Baricevic
107 West Main Street
Belleville, IL 62220
(618) 233-2200
**Attorneys for Plaintiff**

                                  /s/ Beth C. Boggs