Z:\LOK_DATA\691\020\ORIGINAL FILING FORM.DOC\BCB\rl

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY ROSE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>O'REILLY AUTO PARTS,<br><br>　　　　Defendant. | )<br>)　Case No.: 3:16-cv-151<br>)<br>)　**JURY TRIAL REQUESTED**<br>)<br>)　Removed from Circuit Court of<br>)　Madison County, Illinois<br>)　No.: 15-L-1671<br>) |

## ORIGINAL FILING FORM

**THIS CASE MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐　THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☒　NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Date: _____

　　　　　　　　　　　　　　　　/s/ Beth C. Boggs
　　　　　　　　　　　　　　　　Signature of Filing Party

1