December 29, 2015

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY**
155 N Main St., Edwardsville, IL 62025
(618) 296-4464
madisoncountycircuitclerkIL.com

CASE No. 2015 L 001671

DATE: December 29, 2015

TIMOTHY ROSE

PLAINTIFF

VS.

O'REILLY AUTO PARTS

DEFENDANT

DEFENDANT: O'REILLY AUTO PARTS

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this December 29, 2015.

(SEAL)

MARK VON NIDA
CLERK OF THE CIRCUIT COURT

BY: M. Davis
Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
GREY CHATHAM JR
CHATHAM & BARICEVIC
107 W MAIN ST
BELLEVILLE, IL 62220

Date of Service: 1-11, 20 16
(To be inserted by officer on the copy left with the defendant or other person)

The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.

***EFILED***
Case Number 2015L 001671
Transaction ID: 58351690
Date: Dec 29 2015 01:35PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| TIMOTHY ROSE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 15L1671 |
| O'REILLY AUTO PARTS | ) |
| Defendant. | ) |

## COMPLAINT AT LAW

Plaintiff, Timothy Rose, by and through his attorneys, Chatham & Baricevic, for his Complaint against Defendant, O'Reilly Auto Parts, Premises Owner, states as follows:

1. On or before January 07, 2014, Defendant Premises Owner owned, operated, managed, maintained, and controlled an establishment located at 1401 Vandalia Street, Collinsville, Illinois 62234.

2. On January 07, 2014, Plaintiff, Timothy Rose, was on the premises as a patron of the premises which was controlled by Defendant, and was walking out of the store when he slipped and fell on ice.

3. At the time and place alleged above, Defendant Premises Owner had a duty to use reasonable care in the ownership, operation, management, maintenance, and control of the subject premises including the sidewalk outside of the store.

4. On January 07, 2014, Defendant Premises Owner, in violation of such duty, committed one or more of the following negligent acts or omissions:

   a. Failed to provide a safe ingress and egress for its establishment.

   b. Failed to timely and properly maintain the sidewalk so as to provide a safe walking surface for the public and tenants.

   d. Failed to provide any type of warning for the public and tenants customers concerning the unsafe condition of the parking lot when it knew, or in the exercise of ordinary care should have known, that a warning was necessary for the safety of its customers, including Plaintiff.

e.  Was otherwise careless and/or negligent in the ownership, operation, maintenance, and management of the subject establishment.

f.  Voluntarily undertook the duty to clear the sidewalk as well as the egress and ingress of snow and ice, and promptly abandoned that duty creating an unnatural accumulation of snow, melting snow and ice mixture, and re-frozen runoff.

5. As a proximate result of one or more of the foregoing negligent acts or omissions of Defendant, Plaintiff, Timothy Rose, was caused to fall and suffer significant injuries and resulting damages.

WHEREFORE, Plaintiff, Timothy Rose, requests that the Court enter judgment in his favor and against Defendant Premises Owner in an amount in excess of $50,000 and that would compensate Plaintiff reasonably and fairly for his injuries and damages.

Grey Chatham Jr. 6312518
Chatham & Baricevic
107 West Main Street
Belleville, IL 62220
618.233.2200

***EFILED***
Case Number 2015L 001671
Transaction ID: 58351690
Date: Dec 29 2015 01:35PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

TIMOTHY ROSE, )
   Plaintiff, )
   vs. ) Case No.
O'REILLY AUTO PARTS )
   Defendant. )

## SUPREME COURT RULE 222(b) AFFIDAVIT

STATE OF ILLINOIS )
   ) SS
COUNTY OF ST. CLAIR )

Comes now the plaintiff, Timothy Rose, by and through his attorneys, Chatham and Baricevic, and pursuant to Supreme Court Rule 222(b) Affidavit, states that the damages sought by plaintiff exceeds $50,000.00.

Grey Chatham Jr. 6312518
Chatham & Baricevic
107 West Main Street
Belleville, IL 62220
618.233.2200

Subscribed and sworn to before me, a Notary Public, this 29th day of December 2015.

NOTARY PUBLIC

CLAIRE CHATHAM
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
June 28, 2016